IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PRONSCHINSKE TRUST DATED
MARCH 21, 1995,

                                        JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                          Case No.   16-cv-640-slc

    v.

KAW VALLEY COMPANIES, INC.
and KC PROPPANTS, LLC,

    Defendants.

        This action came before the court for consideration with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants Kaw Valley Companies, Inc. and KC Proppants, LLC against plaintiff

Pronschinske Trust Dated March 21, 1995 granting defendants' motion for summary

judgment and dismissing this case.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | August 15, 2017 |
| Peter Oppeneer, Clerk of Court | Date |