UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PRONSCHINSKE TRUST DATED MARCH 21, 1995 | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:16-cv-00640 |
| KAW VALLEY COMPANIES, INC. AND KC PROPPANTS, LLC | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEAL

Notice is hereby given that the Pronschinske Trust Dated March 21, 1995, Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Final Judgment, granting Defendants' Motion for Summary Judgment, entered in this action on the 15th day of August, 2017.

Dated: September 13, 2017

ARNDT, BUSWELL & THORN, S.C.
Attorneys for Plaintiff

Daniel C. Arndt, State Bar No. 1008016
Benjamin J. Quackenbush, State Bar No. 1078897
101 W. Oak St., Sparta, Wisconsin 54656
(608) 269-1200
DanA@arndtbuswellthorn.com
BenQ@arndtbuswellthorn.com